372 A.2d 417
Commonwealth v. Diaz, Appellant.

Submitted September 8, 1975. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; David Fabe Michelman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.